JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>A. HEDGEPETH, Warden,<br><br>　　　　　Respondent. | Case No.  CV 09-103-PSG  (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed ~~without~~ with prejudice.

DATED:  9/11/09

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE